¶1 Following a jury trial in the District Court for the Twenty-First Judicial District, Ravalli County, Sandra Jordan Newman (Newman) was convicted of four drug-related offenses. Newman appeals. We reverse the conviction and remand for a new trial.
¶2 Four members of this Court agree that Newman’s conviction should be reversed and that this cause should be remanded for a new trial. There is not agreement amongst these members as to the basis for reversal, however. Therefore, Justice James C. Nelson (joined by Justice Patricia O. Cotter) and Justice W. William Leaphart (joined by Justice Brian M. Morris) each specially and separately concur that this *161 cause be reversed and remanded for a new trial. The dispositive issues, facts and arguments will be addressed separately in each special concurrence.
¶3 We reverse and remand for a new trial.